UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br>LAKE AT LAS VEGAS JOINT VENTURE LLC, et al.,<br>    Jointly Administered Reorganized Debtors. | Appeal from Case No. BK-S-08-17814 MKN Et al. |
| CREDIT SUISSE,<br>                          Appellant(s),<br>    v.<br>LARRY LATIG,<br>                          Appellee(s). | Case No. 17-CV-1975 JCM<br><br>ORDER |

Presently before the court is the matter of *Credit Suisse v Lattig et al*, case number 2:17-cv-01975-JCM-GWF. On August 21, 2017, appellant filed a motion for relief from or clarification of this court's July 20, 2017 minute order. (ECF No. 2) (minute order); (ECF No. 4) (appellant's motion).

Pursuant to Bankruptcy Rule 8009(a)(1)(B), appellant will have fourteen (14) days from the date an order granting leave to appeal is entered to file appellant's designation and statement pursuant to Bankruptcy Rule 8009(a)(1)(A).

Before the court may consider appellant's motion for leave to appeal, appellant must re-file its motion as a separate document with a separate event type from the notice of appeal. *See* LR 2-2(b) ("For each type of relief requested or purpose of [a] document, a separate document must be filed and a separate event must be selected for the document.").

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that appellant's motion for clarification is GRANTED. Appellant has fourteen (14) days following the date an order granting leave to appeal is entered to file its designation and statement.

DATED August 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**