| | |
|---|---|
| SIDLEY AUSTIN LLP | GARMAN TURNER GORDON LLP |
| Elizabeth W. Walker | William M. Noall |
| California Bar No. 113545 | Nevada Bar No. 3549 |
| 555 West Fifth Street, 40th Floor | 650 White Drive, Suite 100 |
| Los Angeles, CA 90013 | Las Vegas, Nevada 89119 |
| Telephone: (213) 896-6000 | Telephone: (725) 777-3000 |
| Facsimile: (213) 896-6600 | Facsimile: (725) 777-3112 |
| ewalker@sidley.com | wnoall@gtg.legal |

Attorneys for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch (as successor to Credit Suisse First Boston, Cayman Islands Branch); Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC); and Credit Suisse AG (collectively, "Credit Suisse" or "Appellant")

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LAKE AT LAS VEGAS JOINT VENTURE, LLC; LLV-1, LLC; LLV HOLDCO, LLC; LAKE LAS VEGAS PROPERTIES, LLC; LLV FOUR CORNERS, LLC; NORTHSHORE GOLF CLUB LLC; P-3 AT MONTELAGO VILLAGE LLC; THE GOLF CLUB AT LAKE LAS VEGAS LLC; MARINA INVESTORS LLC; THE VINEYARD AT LAKE LAS VEGAS LLC; LLVVHI LLC; TCH DEVELOPMENT LLC; TC TECHNOLOGIES LLC; SOUTHSHORE GOLF CLUB LLC NEVA HOLDINGS LLC<br><br>Jointly Administered Reorganized Debtors. | USDC Case No.: 17-cv-01975-JCM<br>Appeal Ref. No. 17-27<br><br>Appeal from Case No. BK-S-08-17814-MKN<br>BK 08-17815 MKN   BK 08-17832 MKN<br>BK 08-17817 MKN   BK 08-17835 MKN<br>BK 08-17820 MKN   BK 08-17837 MKN<br>BK 08-17822 MKN   BK 08-17841 MKN<br>BK 08-17825 MKN   BK 08-17842 MKN<br>BK 08-17827 MKN   BK 08-17844 MKN<br>BK 08-17830 MKN   BK 08-17845 MKN<br><br>**Joint Administration** |
| CREDIT SUISSE,<br>                    Appellant,<br>v.<br><br>LARRY LATTIG, CREDITOR TRUSTEE OF THE LLV CREDITOR TRUST, ET AL.<br>                    Appellees. | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE TO FACILITATE MEDIATION AND CORRECT PARTIES TO THE APPEAL** |

Credit Suisse, by and through its undersigned counsel, Elizabeth W. Walker of the law firm

Sidley Austin LLP and William M. Noall of the law firm Garman Turner Gordon LLP, Larry Lattig, as Creditor Trustee (the "Creditor Trustee") of the LLV Creditor Trust, by and through his attorneys, Robert M. Charles, Jr. of the law firm Lewis Roca Rothgerber Christie LLP and Gary Cruciani, Jr. of the law firm McKool Smith, P.C., and Highland Floating Rate Opportunities Fund and NexPoint Credit Strategies Fund (together, the "Highland Entities" and, collectively with the Creditor Trustee, the "Appellees") by and through their attorneys, Jacob S. Frumkin and Michael D. Warner of the law firm Cole Schotz P.C. and Samuel A. Schwartz of the law firm Schwartz Flansburg PLLC (collectively, the "Parties"), stipulate and agree as follows:

## RECITALS

a. On December 12, 2017, this Court issued a Minute Order [ECF No. 27] (the "Minute Order") setting the deadlines for Appellant to file and serve an opening brief, for Appellee(s) to file and serve an answering brief, and for Appellant to file and serve a reply brief. The deadlines set in the Minute Order are December 26, 2017, January 9, 2018, and January 23, 2018, respectively.

b. During the past month or so, the Parties have met and conferred and determined to globally mediate all of the disputes involved in what is referred to by both the Parties and the United States Bankruptcy Court for the District of Nevada as the "Indemnification Dispute," which includes this appeal. Resolution of the Indemnification Dispute would pave the way to close all the above-referenced bankruptcy cases, which have been pending since 2008.

c. The Parties agreed on a mediator and the Honorable Gregg W. Zive has confirmed he will conduct a mediation between the Parties to resolve the Indemnification Dispute in late January 2018.

d. The Parties do not wish to expend further resources on this appeal at this time, as significant work will be required to prepare for mediation, including compiling time and cost summaries constituting the amounts sought in connection with the Claymore litigation, and review of same, further settlement negotiations and preparation of mediation statements and for mediation.

e. In view of the foregoing and consistent with Bankruptcy Rule 8009, made

2

applicable to this appeal pursuant to LR 8018, the Parties have further met and conferred regarding an extension of the current briefing schedule.

  f. Additionally, the Parties have realized that Claymore Holdings, LLC was mistakenly included as a party interested in this appeal as well as the Indemnification Dispute before the Bankruptcy Court and desire to correct the record in this regard.

## STIPULATION

Based upon the above Recitals and subject to the entry of an order by this Court approving this Stipulation, the Parties agree that:

1. The Appellant shall have until March 2, 2018, to file and serve an opening brief.
2. The Appellees shall have until April 6, 2018, to file and serve an answering brief.
3. The Appellant shall have until April 20, 2018, to file and serve a final reply brief.
4. Claymore Holdings, LLC was mistakenly included as a party interested in this appeal (as well as the remainder of the Indemnification Dispute before the Bankruptcy Court) and shall not be deemed to be a party to this appeal.

Dated: December 21, 2017.

| GARMAN TURNER GORDON LLP | SIDLEY AUSTIN LLP |
|---|---|
| */s/ William M. Noall*<br>William M. Noall<br>650 White Drive, Suite 100<br>Las Vegas, NV 89119<br>Telephone (725) 777-3000<br>Facsimile (725) 777-3112<br><br>*Attorney for Credit Suisse* | */s/ Elizabeth W. Walker*<br>Elizabeth W. Walker<br>555 West Fifth Street, 40th Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>*Attorneys for Credit Suisse* |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | MCKOOL SMITH, P.C. |
| */s/ Robert M. Charles, Jr.*<br>Robert M. Charles, Jr.<br>3993 Howard Hughes Pkwy Ste 600<br>Las Vegas, NV 89169-5996<br>Telephone: (702) 949-8320<br>Facsimile: (702) 949-8321<br>*Co-Counsel for the LLV Credit Trust* | */s/ Gary Cruciani, Jr.*<br>Gary Cruciani, Jr.<br>300 Crescent Court<br>Dallas, TX 75201<br>*Co-Counsel for the LLV Credit Trust* |

| | |
|---|---|
| COLE SCHOTZ P.C. | SCHWARTZ FLANSBURG PLLC |
| */s/ Jacob S. Frumkin*<br>Jacob S. Frumkin<br>25 Main Street<br>Hackensack, NJ 07601<br>Telephone: (201) 489-3000<br><br>Michael D. Warner<br>301 Commerce Street Suite 1700<br>Fort Worth, TX 76102<br>Telephone: (817) 810-5250<br>*Attorneys for the Highland Entities* | */s/ Samuel A. Schwartz*<br>Samuel A. Schwartz<br>6623 Las Vegas Blvd. South<br>Suite 300<br>Las Vegas, NV 89119<br>Telephone: (702) 985-5544<br>Facsimile: (702) 385-2741<br>*Attorneys for the Highland Entities* |

**IT IS SO ORDERED:**

*[signature]*

**UNITED STATES DISTRICT JUDGE**

**DATED:** December 29, 2017