| | |
|---|---|
| SIDLEY AUSTIN LLP | GARMAN TURNER GORDON LLP |
| Elizabeth W. Walker | William M. Noall |
| California Bar No. 113545 | Nevada Bar No. 3549 |
| 555 West Fifth Street, 40th Floor | 650 White Drive, Suite 100 |
| Los Angeles, CA 90013 | Las Vegas, Nevada 89119 |
| Telephone: (213) 896-6000 | Telephone: (725) 777-3000 |
| Facsimile: (213) 896-6600 | Facsimile: (725) 777-3112 |
| ewalker@sidley.com | wnoall@gtg.legal |

Attorneys for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch (as successor to Credit Suisse First Boston, Cayman Islands Branch); Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC); and Credit Suisse AG (collectively, "Credit Suisse" or "Appellant")

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LAKE AT LAS VEGAS JOINT VENTURE, LLC; LLV-1, LLC; LLV HOLDCO, LLC; LAKE LAS VEGAS PROPERTIES, LLC; LLV FOUR CORNERS, LLC; NORTHSHORE GOLF CLUB LLC; P-3 AT MONTELAGO VILLAGE LLC; THE GOLF CLUB AT LAKE LAS VEGAS LLC; MARINA INVESTORS LLC; THE VINEYARD AT LAKE LAS VEGAS LLC; LLVVHI LLC; TCH DEVELOPMENT LLC; TC TECHNOLOGIES LLC; SOUTHSHORE GOLF CLUB LLC NEVA HOLDINGS LLC<br><br>Jointly Administered Reorganized Debtors. | USDC Case No.: 17-cv-01975-JCM<br>Appeal Ref. No. 17-27<br><br>Appeal from Case No. BK-S-08-17814-MKN<br>BK 08-17815 MKN   BK 08-17832 MKN<br>BK 08-17817 MKN   BK 08-17835 MKN<br>BK 08-17820 MKN   BK 08-17837 MKN<br>BK 08-17822 MKN   BK 08-17841 MKN<br>BK 08-17825 MKN   BK 08-17842 MKN<br>BK 08-17827 MKN   BK 08-17844 MKN<br>BK 08-17830 MKN   BK 08-17845 MKN<br><br>**Joint Administration** |
| CREDIT SUISSE,<br>                      Appellant,<br>v.<br><br>LARRY LATTIG, CREDITOR TRUSTEE OF THE LLV CREDITOR TRUST<br>                      Appellee. | **SECOND STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE TO FACILITATE MEDIATION** |

Credit Suisse, by and through its undersigned counsel, Elizabeth W. Walker of the law firm

Sidley Austin LLP and William M. Noall of the law firm Garman Turner Gordon LLP, Larry Lattig, as Creditor Trustee (the "Creditor Trustee") of the LLV Creditor Trust, by and through his attorneys, Robert M. Charles, Jr. of the law firm Lewis Roca Rothgerber Christie LLP and Gary Cruciani, Jr. of the law firm McKool Smith, P.C., and Highland Floating Rate Opportunities Fund and NexPoint Credit Strategies Fund (together, the "Highland Entities" and, collectively with the Creditor Trustee, the "Appellees") by and through their attorneys, Jacob S. Frumkin and Michael D. Warner of the law firm Cole Schotz P.C. and Samuel A. Schwartz of the law firm Schwartz Flansburg PLLC (collectively, the "Parties"), stipulate and agree as follows:

## RECITALS

a. On December 12, 2017, this Court issued a Minute Order [ECF No. 27] (the "Minute Order") setting the deadlines for Appellant to file and serve an opening brief, for Appellee(s) to file and serve an answering brief, and for Appellant to file and serve a reply brief. The deadlines set in the Minute Order are December 26, 2017, January 9, 2018, and January 23, 2018, respectively.

b. On December 29, 2017, this Court issued an Order [ECF No. 31] extending the deadlines to March 2, 2018, April 6, 2018, and April 20, 2018, respectively.

c. On January 23, 2018 the Parties mediated the disputes involved in what is referred to by the Parties and the United States Bankruptcy Court for the District of Nevada as the "Indemnification Dispute," which includes this appeal.

d. The Parties are presently negotiating documentation to implement the agreements made at mediation, including documentation terminating this appeal.

e. The Parties do not wish to expend further resources on this appeal pending its dismissal.

f. In view of the foregoing and consistent with Bankruptcy Rule 8009, made applicable to this appeal pursuant to LR 8018, the Parties have further met and conferred regarding an extension of the current briefing schedule.

## STIPULATION

Based upon the above Recitals and subject to the entry of an order by this Court approving

this Stipulation, the Parties agree that:

    1.    The Appellant shall have until April 6, 2018, to file and serve an opening brief.

    2.    The Appellees shall have until May 4, 2018, to file and serve an answering brief.

    3.    The Appellant shall have until May 18, 2018, to file and serve a final reply brief.

Dated: March 2, 2018.

| | |
|---|---|
| GARMAN TURNER GORDON LLP | SIDLEY AUSTIN LLP |
| /s/ *William M. Noall*<br>William M. Noall<br>650 White Drive, Suite 100<br>Las Vegas, NV 89119<br>Telephone (725) 777-3000<br>Facsimile (725) 777-3112<br><br>*Attorney for Credit Suisse* | /s/ *Elizabeth W. Walker*<br>Elizabeth W. Walker<br>555 West Fifth Street, 40th Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>*Attorneys for Credit Suisse* |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | MCKOOL SMITH, P.C. |
| /s/ *Robert M. Charles, Jr.*<br>Robert M. Charles, Jr.<br>3993 Howard Hughes Pkwy Ste 600<br>Las Vegas, NV 89169-5996<br>Telephone: (702) 949-8320<br>Facsimile: (702) 949-8321<br>*Co-Counsel for the LLV Credit Trust* | /s/ *Gary Cruciani, Jr.*<br>Gary Cruciani, Jr<br>300 Crescent Court<br>Dallas, TX 75201<br>*Co-Counsel for the LLV Credit Trust* |
| COLE SCHOTZ P.C. | SCHWARTZ FLANSBURG PLLC |
| /s/ *Jacob S. Frumkin*<br>Jacob S. Frumkin<br>25 Main Street<br>Hackensack, NJ 07601<br>Telephone: (201) 489-3000<br><br>Michael D. Warner<br>301 Commerce Street Suite 1700<br>Fort Worth, TX 76102<br>Telephone: (817) 810-5250<br>*Attorney for the Highland Entities* | /s/ *Samuel A. Schwartz*<br>Samuel A. Schwartz<br>6623 Las Vegas Blvd. South<br>Suite 300<br>Las Vegas, NV 89119<br>Telephone: (702) 985-5544<br>Facsimile: (702) 385-2741<br>*Attorney for the Highland Entities* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** March 30, 2018