| | |
|---|---|
| SIDLEY AUSTIN LLP | GARMAN TURNER GORDON LLP |
| Elizabeth W. Walker | William M. Noall |
| California Bar No. 113545 | Nevada Bar No. 3549 |
| 555 West Fifth Street, 40th Floor | 650 White Drive, Suite 100 |
| Los Angeles, CA 90013 | Las Vegas, Nevada 89119 |
| Telephone: (213) 896-6000 | Telephone: (725) 777-3000 |
| Facsimile: (213) 896-6600 | Facsimile: (725) 777-3112 |
| ewalker@sidley.com | wnoall@gtg.legal |

Attorneys for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch (as successor to Credit Suisse First Boston, Cayman Islands Branch); Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC); and Credit Suisse AG (collectively, "Credit Suisse" or "Appellant")

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LAKE AT LAS VEGAS JOINT VENTURE, LLC; LLV-1, LLC; LLV HOLDCO, LLC; LAKE LAS VEGAS PROPERTIES, LLC; LLV FOUR CORNERS, LLC; NORTHSHORE GOLF CLUB LLC; P-3 AT MONTELAGO VILLAGE LLC; THE GOLF CLUB AT LAKE LAS VEGAS LLC; MARINA INVESTORS LLC; THE VINEYARD AT LAKE LAS VEGAS LLC; LLVVHI LLC; TCH DEVELOPMENT LLC; TC TECHNOLOGIES LLC; SOUTHSHORE GOLF CLUB LLC NEVA HOLDINGS LLC<br><br>Jointly Administered Reorganized Debtors. | USDC Case No.: 17-cv-01975-JCM<br>Appeal Ref. No. 17-27<br><br>Appeal from Case No. BK-S-08-17814-MKN<br>BK 08-17815 MKN    BK 08-17832 MKN<br>BK 08-17817 MKN    BK 08-17835 MKN<br>BK 08-17820 MKN    BK 08-17837 MKN<br>BK 08-17822 MKN    BK 08-17841 MKN<br>BK 08-17825 MKN    BK 08-17842 MKN<br>BK 08-17827 MKN    BK 08-17844 MKN<br>BK 08-17830 MKN    BK 08-17845 MKN<br><br>**Joint Administration** |
| CREDIT SUISSE,<br>                       Appellant,<br>v.<br><br>LARRY LATTIG, CREDITOR TRUSTEE OF THE LLV CREDITOR TRUST<br>                       Appellee. | **STIPULATION AND ORDER TO DISMISS APPEAL WITH PREJUDICE** |

Credit Suisse, by and through its undersigned counsel, Elizabeth W. Walker of the law firm

1

Sidley Austin LLP and William M. Noall of the law firm Garman Turner Gordon LLP, Larry Lattig, as Creditor Trustee of the LLV Creditor Trust, by and through his attorneys, Robert M. Charles, Jr. of the law firm Lewis Roca Rothgerber Christie LLP and Gary Cruciani, Jr. of the law firm McKool Smith, P.C., and Highland Floating Rate Opportunities Fund and NexPoint Credit Strategies Fund by and through their attorneys, Jacob S. Frumkin and Michael D. Warner of the law firm Cole Schotz P.C. and Samuel A. Schwartz of the law firm Schwartz Flansburg PLLC (collectively, the "Parties" and each a "Party"), stipulate and agree as follows:

**RECITALS**

a. On January 23, 2018 the Parties mediated the disputes involved in what is referred to by the Parties and the United States Bankruptcy Court for the District of Nevada as the "Indemnification Dispute," which include this appeal.

b. Since the mediation, the Parties have concluded the documentation to implement the agreements made at mediation, including documentation allowing for the termination of this appeal.

**STIPULATION**

Based upon the above Recitals and subject to the entry of an order by this Court approving this Stipulation, the Parties agree that:

1. The above-captioned appeal shall be dismissed with prejudice, with each Party to bear its own fees and costs.

Dated: August 10, 2018.

| GARMAN TURNER GORDON LLP | SIDLEY AUSTIN LLP |
|---|---|
| */s/ William M. Noall* <br> William M. Noall <br> 650 White Drive, Suite 100 <br> Las Vegas, NV 89119 <br> Telephone (725) 777-3000 <br> Facsimile (725) 777-3112 <br><br> *Attorney for Credit Suisse* | */s/ Elizabeth W. Walker* <br> Elizabeth W. Walker <br> 555 West Fifth Street, 40th Floor <br> Los Angeles, CA 90013 <br> Telephone: (213) 896-6000 <br> Facsimile: (213) 896-6600 <br><br> *Attorneys for Credit Suisse* |

2

| | | |
|---|---|---|
| 1 | LEWIS ROCA ROTHGERBER CHRISTIE LLP | COLE SCHOTZ P.C. |
| 2 | */s/ Robert M. Charles* | */s/ Jacob S. Frumkin*<br>Jacob S. Frumkin |
| 3 | Robert M. Charles, Jr.<br>3993 Howard Hughes Pkwy Ste 600 | 25 Main Street<br>Hackensack, NJ 07601 |
| 4 | Las Vegas, NV 89169-5996<br>Telephone: (702) 949-8320 | Telephone: (201) 489-3000 |
| 5 | Facsimile: (702) 949-8321 | Michael D. Warner<br>301 Commerce Street Suite 1700 |
| 6 | MCKOOL SMITH, P.C.<br>Gary Cruciani, Esq. (*pro hac vice*) | Fort Worth, TX 76102<br>Telephone: (817) 810-5250 |
| 7 | 300 Crescent Court, Suite 1500<br>Dallas, TX 75201 | *Attorneys for the Highland Entities* |
| 8 | Telephone: (214) 978-4984<br>Facsimile: (214) 978-4044 | |
| 9 | *Co-Counsel for the LLV Credit Trust* | |

**IT IS SO ORDERED:**

[signature]

**UNITED STATES DISTRICT JUDGE**

**DATED:** August 13, 2018

4842-9146-0206, v. 1

3